AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

**FILED**

April 09, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**SAF**_____

DEPUTY

United States of America

v.

Scott A. Bethel

)
)
)
)
)
)
)
)

Case No: 5:22-CR-00445-XR-1

USM No: 20544-510

Date of Original Judgment:            05/04/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is not eligible for a reduction under Amendment 821 because his original term of imprisonment has already been served.

In addition to seeking a reduction under Amendment 821 Defendant requests the Court to reclassify his crimes as misdemeanors. The Court is without jurisdiction to grant such request.

Except as otherwise provided, all provisions of the judgment dated      05/04/2023      shall remain in effect.
**IT IS SO ORDERED**.

Order Date:      April 9, 2024

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Xavier Rodriguez, U.S. District Judge
*Printed name and title*